# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS CLIFFORD INGRAM,<br><br>      Plaintiff,<br><br>      v.<br><br>DEPUTY QUINTANA, et al.,<br><br>      Defendants. | NO. CV 11-0374 DOC (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 9, 2011

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE