# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS CLIFFORD INGRAM, | NO. CV 11-0374 DOC (FMO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DEPUTY QUINTANA, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 9, 2011

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE